IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JENNIFER RENEE BOWEN, as Mother and Natural Heir of WILLIAM MICHAEL HESTER, JR., Deceased )<br><br>v.<br><br>ROBERT J. LOWE, d/b/a LOWE TRUCKING, CHRISTOPHER THOMAS, Individually, d/b/a C.T. BROKERAGE, INC., THOMAS TRUCK LINES, INC., C.T. BROKERAGE, LLC, CHRISTOPHER THOMAS, INC., and EASTERN ATLANTIC INSURANCE COMPANY, | CV 215-48 |

## ORDER

The Parties have notified the Court that the above captioned case has settled.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date of this order, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement. If the parties elect not to file a dismissal judgment as described above, the Court will dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

AO 72A
(Rev. 8/82)

**SO ORDERED**, this \_\_11\_\_ day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA